IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHARON MILES | ) | |
| | ) | Civil Action |
|   Plaintiff, | ) | File No. 1:14-CV-0246-AT |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| KENNETH S. NUGENT , P.C. | ) | |
| | ) | |
|   Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff, Sharon Miles, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a) hereby dismisses this action without prejudice. Plaintiff has determined that there exists an arbitration agreement between Defendant and herself and she is proceeding with the claims raised in this action before the American Arbitration Association.

Respectfully submitted,

This 13th day of February, 2014.

                                                By: s/V. Severin Roberts
                                                   V. Severin Roberts
                                                   Georgia Bar No. 940504

**BARRETT & FARAHANY, LLP**
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309
(404) 214-0120

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Defendant's counsel has not entered an appearance

This 13th day of February, 2014.

By: s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309